PER CURIAM.
Affirmed. See Dober v. Worrell, 401 So.2d 1322 (Fla.1981); Landers v. Milton, 370 So.2d 368 (Fla.1979); See and compare Dale v. Jennings, 90 Fla. 234, 107 So. 175 (1925); Tampa & J.R. Co. v. Catts, 79 Fla. 235, 85 So. 364 (1920); Pitts v. Pitts, 626 So.2d 278 (Fla. 1st DCA 1993); Sokol v. Moses, 545 So.2d 950 (Fla. 3d DCA 1989); Malkus v. Gaines, 476 So.2d 220 (Fla. 3d DCA 1985); Yost v. Rieve Enterprises, 461 So.2d 178 (Fla. 1st DCA 1984); Pollock v. T & M Investments, 420 So.2d 99 (Fla. 3d DCA 1982).